**APPENDIX TO MOTION FOR SUMMARY JUDGMENT BY ALL ERISA DEFENDANTS ON THE CLASS PRUDENCE CLAIMS (COUNTS I, II & IV)**

| NO. | EXHIBIT |
|---|---|
| **1** | **Statement of Material Facts in Support of Motion for Summary Judgment by All ERISA Defendants on the Class Prudence Claims (Counts I, II & IV)** |
| **2** | **Declaration of Robert Rachal** |
| 2A | January 1, 2002 Sixth Amended and Restated EDS 401(k) Plan,<br>Bates stamped EDS-E0002110-E0002191<br>(Pages Cited: EDS-E0002132, 2164, 2163, 2164, 2168, 2169, 2173, 2178) |
| 2B | 2002 EDS 401(k) Summary Plan Description ("SPD"),<br>entitled "EDS U.S. Benefits Handbook," and Plan Prospectus,<br>Bates stamped EDS-E0000931-E0001108<br>(Pages Cited: EDS-E0001056) |
| 2C | October 1998 Vanguard "Information About the EDS Matching Contribution,"<br>Bates stamped EDS-E0005737-E0005738 |
| 2D | EDS May 2002 Your New and Improved EDS 401(k) Plan,<br>Bates stamped EDS-E0000800–E0000819 |
| 2E | EDS May 2002 Investment Basics,<br>Bates stamped EDS-E0006298–E0006305 |
| 2F | Vanguard Stock Fund Fact Sheet,<br>Bates stamped EDS-E0005617-E0005618 |
| 2G | May 2002 EDS Stock Fund Fact Sheet,<br>Bates stamped EDS-E0006314 |
| 2H | Vanguard Fund Fact Sheets,<br>Bates stamped EDS-E0005617-E0005618, EDS-E0005651-E0005652, EDS-E0005657-E0005660, EDS-E0005686-E0005687, EDS-E0005766-E0005767, EDS-E0005780-E0005781 |
| **3** | **Declaration of Dennis Simmons** |
| 3A | Vanguard Trust Agreement,<br>Bates stamped EDS-E0005238-E0005247 |
| 3B | Vanguard Investment Management Agreement,<br>Bates stamped EDS-E0039684-E0039687 |

| NO. | EXHIBIT |
|---|---|
| **4** | **Declaration of Scott Roy** |
| 4A | State Street Trust Agreement,<br>Bates stamped EDS-E0002345-E0002388 |
| 4B | State Street Investment Management Agreement,<br>Bates stamped EDS-E0003071-E0003084 |
| 4C | Fiduciary Committee Charter,<br>Bates stamped EDSSS-0000025-EDSSS0000032 |
| 4D | Watchlist Committee Meeting 8/22/02,<br>Bates stamped EDSSS-0000106 |
| 4E | Watchlist Committee Meeting 9/20/02,<br>Bates stamped EDSSS-0000109 |
| 4F | Client communication with Watchlist Client 9/27/02,<br>Bates stamped EDSSS-0000111 |
| 4G | Company Stock Management Watchlist committee Meeting 9/25/03,<br>Bates stamped EDSSS-0000123-EDSSS0000124 |
| 4H | Fiduciary Committee Update 10/10/02,<br>Bates stamped EDSSS-0000112 |
| 4I | Company Stock Management Watchlist Committee Meeting 10/22/03,<br>Bates stamped EDSSS-0000125 |
| 4J | Retirement Investment Services Watchlist Committee Meeting 10/24/02,<br>Bates stamped EDSSS-0000113-117 |
| 4K | Company Stock Management Watchlist Committee Meeting 11/21/02,<br>Bates stamped EDSSS-0000118 |
| 4L | Watchlist Committee Meeting 11/21/02,<br>Bates stamped EDSSS-0000120-EDSSS0000122 |
| 4M | Company Stock Management Watchlist Committee Meeting 7/23/04,<br>Bates stamped EDSSS-0000143 |
| 4N | Letter from Scott Roy to Jeff Rock (8/10/04) notifying EDS that stock in on Watchlist,<br>Bates stamped EDSSS-0000137 |

| NO. | EXHIBIT |
|---|---|
| 4O | Letter from Scott Roy to Jeff Rock memorializing conversation on 9/10/04 between State Street and EDS,<br>Bates stamped EDSSS-0000138 |
| 4P | Letter from David Nixon to Susan Daniels (9/20/04),<br>Bates stamped EDS-E0303171-E0303172 |
| 4Q | E-mail from Scott Roy to Susan Daniels re Weekly Deviation 6/18/02,<br>Bates stamped EDSSS-0000178 |
| 4R | E-mail from Scott Roy to Susan Daniels re Weekly Deviation 7/5/02,<br>Bates stamped EDSSS-0000179-EDSSS0000185 |
| 4S | July 1, 2004 Citistreet report – EDS Review,<br>Bates stamped EDSSS-0000131-EDSSS0000134 |
| **5** | **Declaration of Arthur Zhongetti** |
| 5A | State Street Trust Agreement,<br>Bates stamped EDS-E0002345-E0002388 |
| 5B | State Street Investment Management Agreement,<br>Bates stamped EDS-E0003071-E0003084 |
| 5C | E-mail and presentation “Company Stock Services,”<br>Bates stamped EDS-E0005040-E0005051 |
| 5D | E-mail from A. Zhongetti to David Nixon (2/1/02),<br>Bates stamped EDS-E0005141 |
| 5E | E-mail from A. Zhongetti to David Nixon (2/5/02),<br>Bates stamped EDS-E0005142 |
| **6** | **Report and Declaration of Bruce D. Ruud** |
| 6A | Exhibit A: Curriculum Vitae of Bruce D. Ruud |
| 6B | Exhibit B: EDS Documents Reviewed by Bruce D. Ruud |
| **7** | **Report and Declaration of Daniel R. Fischel** |
| 7A | Exhibit A: Curriculum Vitae of Daniel Fischel |
| 7B | Exhibit B: List of Materials Reviewed by Daniel Fischel |

| NO. | EXHIBIT |
|---|---|
| 7C | Exhibit C: S&P and Moody's Ratings on EDS Debt: 1999-2002 |
| 7D | Exhibit D: EDS Stock Holdings by Institutional Investors: Q1:1999-Q1:2004 |
| 7E | Exhibit E: EDS IBES Analysts' Consensus Forecasts of Earnings Per Share |
| 7F | Exhibit F: June 6, 2001 Analyst Report of Lehman Brothers |
| 7G | Exhibit G: September 4, 2001 Analyst Report of Thomas Weisel Partners, L.L.C. |
| 7H | Exhibit H: September 17, 2001 Analyst Report of Bernstein |
| 7I | Exhibit I: August 1, 2001 Analyst Report of Morgan Stanley Dean Witter |
| 7J | Exhibit J: February 13, 2002 Analyst Report of Bear Sterns |
| 7K | Exhibit K: Voluntary Contributions to the EDS Stock Fund by Members of the Proposed Class: September 7, 1999 – October 9, 2002 |
| **8** | **Report and Declaration of John W. Peavy III** |
| 8A | Exhibit 1: Curriculum Vitae of John W. Peavy III |
| 8B | Exhibit 2: Expert Testimony for Last Four Years of John W. Peavy III |
| 8C | Exhibit 3: Materials Considered by John W. Peavy III |
| 8D | Exhibit 4: Sample of Savings Plans with Company Stock Holdings Greater than 20% of Plan Assets as of December 12, 2002 |
| 8E | Exhibit 5: Description of Financial Dimensions and Ratio Definitions |
| 8F | Exhibit 6: EDS Corp. Closing Stock Price and Industry Index: September 3, 1999 – December 31, 2004 |
| 8G | Exhibit 7: Ratio Analysis – EDS and Comparable Companies |
| 8H | Exhibit 8: Selection of Companies Comparable to EDS as of September 7, 1999 |
| 8I | Exhibit 9: Analyst Rating Systems |
| 8J | Exhibit 10: EDS Corp. IBES Median EPS Estimates for Next Fiscal Year: September 1999 – October 2002 |
| 8K | Exhibit 11: Moody's Corporate Long-Term Ratings |

| NO. | EXHIBIT |
|---|---|
| 8L | Exhibit 12: EDS Debt Ratings |
| 8M | Exhibit 13: EDS Stock Holdings by Institutional Investors |
| 8N | Exhibit 14: EDS Stock Holdings by Institutions Verified as Pension Funds |
| 8O | Exhibit 15: Standard Deviation of Weekly Returns Estimated During 9/6/99 through 10/11/02 |
| **9** | **Affidavit of David J. Ross** |
| 9A | Exhibit A: Curriculum Vitae of David J. Ross |
| 9B | Exhibit B: Documents and Data Relied On for David J. Ross |
| 9C | Exhibit C: EDS Stock Price and EDS Stock Fund Unit Price: September 7, 1999 – May 11, 2004 |
| 9D | Exhibit D: Smith's Gain/Loss from the Alleged Disclosure Defects |
| 9E | Exhibit E: Mizell's Gain/Loss from the Alleged Disclosure Defects |
| 9F | Exhibit F: The Optimal Breach Date – Disclosure Varies Across Members of the Proposed Class |
| 9G | Exhibit G: Calculation of Plaintiff Smith's Gain/Loss from His Investment in the EDS Stock Fund: September 7, 1999 – February 26, 2004 |
| 9H | Exhibit H: Voluntary Contributions to the EDS Stock Fund by Members of the Proposed Class: September 7, 1999 – February 26, 2004 |
| 9I | Exhibit I: Divestible Holdings of Members of the Proposed Class: September 7, 1999 – February 26, 2004 |
| 9J | Exhibit J: Mizell's Out-of-Pocket Gain/Loss: September 7, 1999 – February 26, 2004 |
| 9K | Exhibit K: The Optimal Breach Date – Prudence Varies Across Members of the Proposed Class |
| **10** | **Transcript of April 24, 2003 Status Conference, p. 18, l. 20 to p. 20, l. 11, Def Class Sur-Reply (ERISA Docket No. 94), Exh. C.** |