# EXHIBIT

# 6B

## EDS DOCUMENTS REVIEWED
## BY
## BRUCE RUUD

| Date Sent | Documents | Bates Number EDS- |
|---|---|---|
| 2/4/05 | Plan Documents and Agreements; Compensation Benefits Committee materials; Minutes of the CBC; Investment Committee materials; Minutes of the IC; Benefits Administration Committee materials; Minutes of the BAC; and Plan Communications materials | E0000001-E0010595 |
| 2/4/05 | CBC Briefing Books: | |
| | April 1, 1998 | E0013455 - 0013495 |
| | May 19, 1998 | E0013411 - 0013454 |
| | July 25, 1999 | E0012865 - 0012989 |
| | July 25, 2000 | E0012458 - 0012521 |
| | July 24, 2001 | E0013870 – 0014039 |
| | February 6, 2002 | E0014459 – 0014643 |
| | July 23, 2002 | E0014840 – 0014931 |
| | October 28, 2002 | E0014932 – 0015129 |
| | December 3, 2002 | E0015130 – 0015269 |
| | July 21, 2003 | E0015977 – 0016090 |
| | August 14, 2003 | E0015931 – 0015976 |
| | October 10, 2003 | E0015802 – 0015930 |
| 3/15/05 | Vanguard Fiduciary Trust Documents | |
| 3/18/05 | State Street Documents | EDSSS0000001-0000591 |
| 4/19/05 | Vanguard Declaration of Dennis Simmons | |
| | Spreadsheet prepared by Lexecon showing percentage of shares that were restricted/unrestricted | |

# EXHIBIT B