IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: ELECTRONIC DATA SYSTEMS CORP. "ERISA" LITIGATION | § § § § § § | CASE NO. 6:03-MD-1512 LEAD CASES 6:03-CV-126 ("ERISA") |
| THIS DOCUMENT RELATES TO ALL ACTIONS | § § | |

**ORDER**

Before the Court is Class Counsel's Joint Petition for An Award of Attorneys' Fees, Reimbursement of Expenses, and An Incentive Award to the Named Plaintiffs, as well as Class Counsel's Supplement thereto. After careful consideration, the Court concludes that it should **GRANT** the Petition.

It is therefore **ORDERED** that

1. class counsel shall be and hereby is awarded an amount equal to one-third of the $12.5 million monetary relief obtained, including interest earned by the date of the award, for attorneys' fees;

2. class counsel shall be and hereby is awarded reimbursement of the costs and expenses of the litigation in the amount of $674,217.43 and the costs and expenses of class notice in the amount of $48,602.88;

3. class counsel shall reserve $50,000.00 to cover reimbursable expenses that they may incur in the future pursuant to the settlement; and

4. the named plaintiffs shall be and hereby are awarded an incentive award in the amount of $5,000.00 each.

So ORDERED and SIGNED this 6th day of August, 2008.



LEONARD DAVIS
UNITED STATES DISTRICT JUDGE

1